Louis Tilzer et al., Copartners under the Firm Name of Tilzer Bros., Appellants, *v.* Battery Park Trading Co., Inc., Respondent.

*Appeal — order of Appellate Division reversing judgment and granting new trial — appeal therefrom dismissed.*

Tilzer v. Battery Park Trading Co., Inc., 194 App. Div. 287, appeal dismissed.

(Submitted March 10, 1922; decided March 24, 1922.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 17, 1920, reversing a judgment in favor of plaintiffs entered upon a verdict directed by the court and granting a new trial.

*David Goldstein* and *Aiken A. Pope* for appellant.

*Nathaniel Choloney* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.

------

Samuel Strasbourger, as Trustee in Bankruptcy of the Estate of Madero Bros., Inc., Appellant, *v.* Matilda Leerburger, as Executrix of Henry Leerburger, Deceased, et al., Copartners under the Firm Name of Leerburger Bros., Respondents.

(Submitted March 20, 1922; decided March 24, 1922.)

Motion to amend remittitur denied, with ten dollars costs. (See 233 N. Y. 55.)

------

Annie Epstein, Appellant, *v.* Rebecca Werbelovsky, Individually and as Trustee under the Will of Jacob H. Werbelovsky, Deceased, et al., Defendants, Howard Werbelovsky et al., Appellants, and Abraham Werbelovsky et al., Individually and as Executors of Jacob H. Werbelovsky, Deceased, et al., Respondents.

(Submitted March 20, 1922; decided March 24, 1922.)

Motion to amend remittitur denied, without costs. (See 233 N. Y. 525.)